**Opinion issued February 11, 2020**



In The

# Court of Appeals

### For The

## First District of Texas

—————————————

### NO. 01-19-00769-CV

—————————————

## IN RE J.D. AND A.R.M., Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators Deanna Marshall and Joshua Marshall filed a petition for writ of mandamus challenging the trial court's July 25, 2019 denial of their motion for partial summary judgment as to the cross-claim asserted by real party in interest Brandon Moreland.[1]

---

[1] The underlying case is *In the Interest of A.R.M. and J.D., minor children,* cause number 2018-35622, pending in the 507th District Court of Harris County, Texas, the Honorable Julia Maldonado presiding.

We deny the petition and vacate our October 14, 2019 order staying the trial in the underlying proceeding. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Landau, and Countiss.